IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LF PERSONAL TRAINING, INC., an Illinois Corporation, ) ) ) | |
| Plaintiff, ) ) | Case No. 20-cv-05930 |
| v. ) ) | Hon. John F. Kness |
| NOVA CASUALTY COMPANY, a New York Corporation and AIX SPECIALTY INSURANCE COMPANY, a Delaware and New York Corporation, ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41

Plaintiff LF Personal Training Inc. and Defendants Nova Casualty Company and AIX Specialty Insurance Company by and through their respective counsel of record, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, and with each party bearing its own attorneys' fees and costs.

Dated January 25, 2022

Respectfully Submitted,
FUKSA KHORSHID, LLC                                TRESSLER, LLP


*/s/ William E. Meyer, Jr.*                        */s/ Zachary R. Greening*
William E. Meyer, Jr.                              Zachary R. Greening
*Counsel for Plaintiff*                            *Counsel for Defendant*


FUKSA KHORSHID, LLC                                TRESSLER , LLP
William E. Meyer, Jr. (ARDC No. 6207345)           Zachary R. Greening
200 W. Superior, Suite 410                         233 S. Wacker Drive, 61st Floor
Chicago, IL 60654                                  Chicago, Illinois 60606
T: 312.266.2221                                    T 312.627.4000
william@fklawfirm.com                              zgreening@tresslerllp.com

1

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 25, 2022, he served copies of the above document(s) and this Notice, electronically with the United States District Court for the Northern District of Illinois, Eastern Division via the CM/ECF system, which automatically notifies subscribed parties.

*/s/ Vincent P. Formica*
Vincent P. Formica